USCA1 Opinion

 

 November 9, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 94-2038 SIXTO MILLAN COUVERTIER, ET AL., Appellants, v. UNITED STATES OF AMERICA, Appellee.  ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Hector M. Laffitte, U.S. District Judge] ___________________  ____________________ Torruella, Chief Judge, ___________ Cyr and Lynch, Circuit Judges. ______________  ____________________ Harry R. Segarra for appellants. ________________ Maria Hortensia Rios Gandara, Assistant United States Attorney, ____________________________ with whom Guillermo Gil, United States Attorney, was on brief for ______________ appellee.  ____________________  ____________________ Per Curiam. Following full briefing and oral argument Per Curiam. ___ ______ in this appeal from a district court order dismissing plaintiffs' civil action under 19 U.S.C. 1305 for lack of jurisdiction, we summarily affirm the district court order, without prejudice to any right appellants may have to institute mandamus proceedings to require the institution of a section 1305 proceeding by the United States Attorney, a collateral attack on the forfeiture proceeding in a new civil action premised on federal question jurisdiction, under 28 U.S.C. 1331, and any other administra- tive or judicial proceeding for appropriate relief. The govern- ment's so-called "Motion In Compliance With Order Issued On October 6, 1995" is hereby stricken from the record. The parties shall bear their own costs. SO ORDERED. SO ORDERED. __ _______ 2